U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 1 5 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CARL WAYNE STEWART, Plaintiff | CIVIL ACTION NO. 1:16-CV-1285-P |
| VERSUS | CHIEF JUDGE DRELL |
| STATE OF LOUISIANA, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 6), and after an independent review of the record, including the objections filed by Plaintiff (Doc. 7), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's § 1983 complaint is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 14 day of February, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT